UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SALVADOR HUIZAR                            CIVIL ACTION

VERSUS                                        16-671-SDD-EWD

MIDLAND FUNDING

## ORDER

CONSIDERING the *Notice of Settlement*[1] filed by Plaintiff in the above captioned matter;

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendant are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

IT IS FURTHER ORDERED that any pending motions denied as moot.

Baton Rouge, Louisiana the 22 day of May, 2017.

*Shelly Dick*
_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.